## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:18-cv-413-GCM

| | |
|---|---|
| **ANTHONY VINCE NAIL SPA, INC.,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **SPECTRUM NAIL SPA, LLC, et al,** | |
| **Defendants.** | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Samuel Osborne,** filed October 5, 2018 (Doc. No. 13).

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1(B), Mr. Osborne is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Anthony Vince Nail Spa, Inc..

      **IT IS SO ORDERED.**

Signed: October 9, 2018

Graham C. Mullen
United States District Judge